# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2025

## NO. 03-24-00665-CR

### Ex parte Miles Wilson, Jr.

**APPEAL FROM THE 264TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order dismissing the motion for DNA testing entered by the trial court. Miles Wilson, Jr. has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Miles Wilson, Jr. to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.